## VAUN JUMP v. JOHN WILSON and THOMAS TAYLOR and ELIZABETH, his Wife.

Court of Chancery. Sussex. March 13, 1820.

*Ridgely's Notebook III, 65.*

## SHEPHERD PRETTYMAN and MARY ANN, his Wife, v. JAMES WILTBANK, Executor, and SARAH WILTBANK, Executrix of Cornelius Wiltbank, which said James and Cornelius were Executors of Mary Wiltbank.

Court of Chancery. Sussex. March 13, 1820.

*Ridgely's Notebook III, 67.*

## JOB JEFFERSON and JESSE JEFFERSON v. ELIHU HOLLAND.

Court of Chancery. Sussex. March 14, 1820.

*Ridgely's Notebook III, 68.*